UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                          Case Number: 4:25−cr−00266

Liluyue Xu

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

George C Hanks, Jr

**PLACE:**
Courtroom 6
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 11/18/2025

**TIME:** 01:15 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   November 6, 2025

Nathan Ochsner, Clerk